**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Moises RIVERA, Defendant— Appellant.**

**United States of America, Plaintiff—Appellee,**

v.

**Jose Luis Medina Alvarado, Defendant—Appellant.**

Nos. 03–10309, 03–10333.

United States Court of Appeals, Ninth Circuit.

* The Honorable Leonard B. Sand, Senior United States District Judge for the Southern District of New York, sitting by designation.

Submitted Aug. 11, 2004.*

Decided July 1, 2005.

Christina Hua, Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Nina Wilder, Esq., Weinberg & Wilder, San Francisco, CA, Erik G. Babcock, Esq., Law Office of Erick G. Babcock, Oakland, CA, for Defendant–Appellant.

Before: PREGERSON, KOZINSKI and HAWKINS, Circuit Judges.

### AMENDED MEMORANDUM **

1. The district court did not err in denying defendants' motion to dismiss for violation of the Speedy Trial Act, 18 U.S.C. § 3161(b). *See United States v. Gastelum–Almeida,* 298 F.3d 1167, 1173 (9th Cir.2002) (citing *United States v. Heldt,* 745 F.2d 1275, 1279–80 (9th Cir.1984)).

2. The district court's response to the jury's questions was not an abuse of discretion. *See United States v. Romero–Avila,* 210 F.3d 1017, 1024 (9th Cir.2000).

3. Nor did the district court err in denying defendant Rivera an entrapment instruction. *See United States v. Becerra,* 992 F.2d 960, 963 (9th Cir.1993). Rivera did not present even "slight evidence . . .

that [he] was initially unwilling to commit the crime, or that Government involvement planted the criminal design in [his] mind." *See United States v. Fleishman,* 684 F.2d 1329, 1342 (9th Cir.1982).

4. The defendants' request to file a supplemental brief addressing the effect of *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), on their sentences is denied. Consistent with *United States v. Ameline,* 409 F.3d 1073, 2005 WL 1291977, at *11 (9th Cir.2005) (en banc), we "remand to the district court . . . for the [limited] purpose of ascertaining whether the sentence[s] imposed would have been materially different had the district court known that the sentencing guidelines were advisory." *Id.* at 1074.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.